**EXHIBIT 1**

Trademark Trial and Appeal Board Electronic Filing System. http://estta.uspto.gov
ESTTA Tracking number: ESTTA793189
Filing date: 01/05/2017

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE
BEFORE THE TRADEMARK TRIAL AND APPEAL BOARD

# Petition for Cancellation

Notice is hereby given that the following party requests to cancel indicated registration.

## Petitioner Information

| Name | Serious Scents Inc. | | |
|---|---|---|---|
| Entity | Corporation | Citizenship | California |
| Address | P.O.Box 5626<br>Chula Vista, CA 91912<br>UNITED STATES | | |

| Correspondence information | Ibrahim Nasser<br>President<br>Serious Scents Inc.<br>P.O.Box 5626<br>Chula Vista, CA 91912<br>UNITED STATES<br>balweh@hotmail.com |
|---|---|

## Registration Subject to Cancellation

| Registration No | 4890647 | Registration date | 01/19/2016 |
|---|---|---|---|
| Registrant | American Covers, Inc.<br>102 West 12200 South<br>Draper, UT 84020<br>UNITED STATES | | |

## Goods/Services Subject to Cancellation

Class 003. First Use: 2012/07/28 First Use In Commerce: 2012/07/28
All goods and services in the class are cancelled, namely: Air Fresheners for air fragrancing purposes

## Grounds for Cancellation

| Priority and likelihood of confusion | Trademark Act Sections 14(1) and 2(d) |
|---|---|
| Dilution by blurring | Trademark Act Sections 14(1) and 43(c) |
| Dilution by tarnishment | Trademark Act Sections 14(1) and 43(c) |

## Marks Cited by Petitioner as Basis for Cancellation

| U.S. Registration No. | 3508401 | Application Date | 02/29/2008 |
|---|---|---|---|
| Registration Date | 09/30/2008 | Foreign Priority Date | NONE |
| Word Mark | NONE | | |

| Design Mark | |
| --- | --- |
| Description of Mark | NONE |
| Goods/Services | Class 005. First use: First Use: 1993/10/31 First Use In Commerce: 1993/10/31 air fresheners |

| U.S. Application No. | 85641084 | Application Date | 06/01/2012 |
| --- | --- | --- | --- |
| Registration Date | NONE | Foreign Priority Date | NONE |
| Word Mark | NONE | | |
| Design Mark | | | |
| Description of | The mark consists of the design of a grenade. | | |

| | |
|---|---|
| Mark | |
| Goods/Services | Class 003. First use: First Use: 1993/10/31 First Use In Commerce: 1993/10/31 air fragrancing preparations<br>Class 005. First use: First Use: 1993/10/31 First Use In Commerce: 1993/10/31 air deodorizing preparations |

| | | | |
|---|---|---|---|
| U.S. Application No. | 86328012 | Application Date | 07/03/2014 |
| Registration Date | NONE | Foreign Priority Date | NONE |
| Word Mark | SERIOUS SCENTS | | |
| Design Mark | | | |
| Description of Mark | The mark consists of a depiction of a grenade with a ring pull at the top with the words SERIOUS SCENTS written across the middle of the grenade. | | |
| Goods/Services | Class 003. First use: First Use: 1993/10/31 First Use In Commerce: 1993/10/31<br>Air fragrancing preparations<br>Class 005. First use: First Use: 1993/10/31 First Use In Commerce: 1993/10/31<br>Air deodorizer; Air deodorizing preparations | | |

| | |
|---|---|
| Attachments | 77410038#TMSN.png( bytes )<br>85641084#TMSN.png( bytes )<br>86328012#TMSN.png( bytes )<br>FILED AND FEE.pdf(998145 bytes ) |

## Certificate of Service

The undersigned hereby certifies that a copy of this paper has been served upon all parties, at their address record by First Class Mail on this date.

| | |
|---|---|
| Signature | /Ibrahim Nasser/ |

| Name | Ibrahim Nasser |
|------|----------------|
| Date | 01/05/2017 |

# IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

## BEFORE THE TRADEMARK TRIAL AND APPEAL BOARD

Date: January 5, 2017

In re Registration of   : American Covers Inc.

Registration No.        : 4,890,647

Registration Date       : January 19, 2016

Mark: 

| | |
|---|---|
| IBRAHIM NASSER and SERIOUS SCENTS, INC., <br><br>                    Petitioner, <br><br> V. <br><br> American Covers, Inc., <br><br>                    Respondent. | Cancellation No.: _____ <br><br> Registration No.: 4,890,647 |

## PETITION FOR CANCELLATION

Serious Scents, Inc. a corporation organized and existing under the laws of California with an address at P.O. Box 5626 Chula Vista, CA 91912 ("Petitioner"), by its undersigned Ibrahim Nasser president at Serious Scents Inc., respectfully submits the following Petition for Cancellation. Petitioner believes that it will be damaged by the continued registration of the above-identified mark, and hereby petitions for cancellation of such registration. The grounds for cancellation are as follows:

1. The owner of Registration No. 4,890,647 (the "Registration") is American Covers, Inc. ("Respondent"), an individual with an address at 102 West 12200 South, Draper, UTAH 84020 UNITED STATES

2. The subject registration covers the mark depicted below ("Respondent's Mark") for "air fresheners" in International Class 5, and claims a date of first use in commerce of July 28, 2012.



3. Respondent filed the application that resulted in the Registration on January 15, 2013. The Registration issued on January 19, 2016.

4. For over twenty three years since October 31, 1993 Mr. Ibrahim Nasser and his company Serious Scents Inc. was actively engaged in commerce, distributing and selling unique air-freshener in the Trademark design of a Grenade long before issuance of the Registration. Petitioner, its licensees, and its predecessors have manufactured and marketed products using its distinctive exclusive Grenade designs as a trademarks and corporate identifiers, including the distinct Grenade design shape sold under the **Little Grenade** brand directly and/or by license from Petitioner and its predecessors. As a result of their long and extensive sales across the United States, Petitioner's products are well known and well received.

5. As a result of the long, extensive research, design and widespread use in the United States and sales of the distinctive Grenade designs, the general consuming public in the United States recognizes these designs as exclusively associated with Petitioner and his company.

6. The general consuming public associates Petitioner Ibrahim Nasser and the distinctive Grenade designs generally with the concepts of freshness, cleanliness and pleasing scents.

7. Petitioner's distinctive Grenade designs are famous throughout the United States and Canada and Mexico.

Petitioner has owned the following federal trademark registrations for distinctive Grenade designs from 2008 before American Covers Inc. applied for their Application (collectively, the "Registrations"):

**THE CRITICAL ISSUES IN THIS CASE ARE**:

Whether Serious Scents Inc. prior use of the disputed Trademark in commerce was sufficient to earn it "*trademark rights" through first use rights"* and whether (and if so, to what extent) those rights legally trump the rights American Covers Inc. who later obtained use by registering the mark which the American Covers Inc. **ignored.**

**US. Trade dress Copyright Office of United States  # VA 619 -296**

**First Use Date**

October 31, 1993

**Mark Registration. No.:** 3,508,401

Filed: 09-30-2008

**First Use Date**

October 31, 1993

**Goods and Services**

Class 005 air fresheners

**Mark U.S. Pending Application No.:** 85,641,084

Filed: June 1, 2012

October 31, 1993

3,508,401

**First Use Date**

October 31, 1993

**Goods and Services**

Class 005 air deodorizing

Class 003 air fragrancing

9. Pursuant to 15 U.S.C. § 1065.

10. Petitioner also has common law trademark rights to its Grenade Designs, which are used in daily commerce in connection with air fragrancing preparations and a variety of other goods and services. Petitioner's registered and common law trademark rights in the Grenade designs are collectively referred to as the "Grenade Design Marks."

11. The Grenade Design Marks are used extensively on a wide variety of air fresheners and related products offered in a variety of different fragrances. Petitioner has spent, and continues to spend, significant amounts of time and money developing, testing and promoting air fresheners sold under the Grenade Design Marks in this case, the following factors are the most relevant: the remarkable similarity of the marks, similarity and nature of the goods and/or services, and similarity of the trade channels of the goods and/or services.

12. The Grenade Design Marks are famous under 15 U.S.C. § 1125(c)(1), and acquired such fame well prior to the filing date and alleged first use date of the Registration. The Grenade Design Marks are inherently distinctive and/or have acquired distinctiveness, represent valuable with respect to air fresheners, in International Class 5. Distributors, car washes have gained a reputation for quality belonging exclusively to Petitioner, and are widely recognized by the general consuming public of the United States as designations of the source for Petitioner's products.

13. Petitioner's rights in the Grenade Design Marks date back to at least as early as October 31, 1993, as partially evidenced by the Registrations, and therefore predate Respondent's alleged first use date July 28, 2012. Accordingly, Petitioner has superior rights in its Grenade Design Marks.

14. Respondent's Mark is confusingly similar to Petitioner's Grenade Design Marks. " Between the Mark of a Grenade Serious Scents, Inc. And Trademark Grenade American Covers Inc.  This matter can be quickly addressed and cleared up with the application of the history of the "*Grenade Trademark*." This Trademark of a Grenade was first created and used by Serious Scents Inc.12-08-1993. Serious Scents Inc. Enjoys protection of "*first use claims*" stating in 1993 US. Copy right Office of United States  # VA 619 -296 LITTLE GRENADE  "SERIOUS SCENTS " for first commercial use of "*Grenade Image*" used as an air freshener. Each party provides goods for freshening and fragrancing the air. The Registration is a significant source of damage and injury to Petitioner, for the reasons set forth below

15. Respondent's Mark is confusingly similar in appearance to Petitioner's Grenade Design Marks. This is evidenced by, *inter alia*, the Design Search Codes assigned by the

United States Patent and Trademark Office to Respondent's Registration, which include Grenade shapes, namely Design **Code 23.03.09 – Grenades** as depicted below.



16. Upon information and belief, Respondent adopted Respondent's Mark with full knowledge of Petitioner's rights in the Grenade Design Marks, and with the intent to trade off the hard-earned and far-reaching goodwill that Petitioner has cultivated in the Grenade Design Marks for over twenty-three years.

17. Respondent's Mark is likely to cause confusion with Petitioner's Grenade Design Marks among the trade and the relevant purchasing public. Use of Respondent's Mark is likely to deceive consumers and the trade into believing that Respondent's products are affiliated with, sponsored by, or licensed by Petitioner. Such confusion and deception inevitably results in loss, damage, and injury to Petitioner.

18. Use of Respondent's Mark in conjunction with air fresheners dilutes the distinctive quality of Petitioner's Grenade Design Marks, thereby causing damage to Petitioner.

19. American Covers Inc. Trademark is continuously in violation of the trademark law by its knowing and willing infringement on Mr. Nasser's Trademarks which it knew or should have known had rights of protection. Trademark Act Section 2(d) bars registration of an *applied-for mark* that *so resembles a registered mark* that it is likely a potential consumer would be confused, mistaken, or deceived as to the source of the goods and/or services of the applicant and registrant. This perfectly describes the intentional acts and actions of American Covers Inc. Trademark violations. By reason of the foregoing, the

Registration causes significant damage and injury to Petitioner. Thus, the Registration should be cancelled pursuant to Sections 2(d) and 43(c) of the Trademark Act (15 U.S.C. §§ 1052(d) and 1125(c)).

WHEREFORE, Petitioner prays that this Petition for Cancellation be sustained in favor of Petitioner, and that Registration No. 4,890,647 be cancelled.

Dated: January 5, 2017

Respectfully submitted,
Ibrahim M. Nasser
*President/Serious Scents Inc.*
P.O.Box 5626
Chula Vista, CA 91912 Tel: (619) 253-9624
balweh@hotmail.com

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the *Petition for Cancellation* was served by first class mail, postage prepaid, upon Respondents' counsel of record on the 5 day of January 2017, at the following address:

American Covers Inc.
102 West 12200 South, Draper, UTAH 84020 UNITED STATES

Alicia Grahn Jones
Kilpatrick Townsend & Stockton LLP
1100 Peachtree Street NE Suite 2800
Atlanta, GEORGIA UNITED STATES 30309

_____

Ibrahim M. Nasser